UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HENRY JAMES,

    Plaintiff,

v.

SGT. F. THOMAS, et al.,

    Defendants.

Case No. C21-303RSM

ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL

This matter comes before the Court on the Motion to Appoint Counsel filed by Plaintiff Henry James. Dkt. #15. Defendants have filed an opposition brief. Dkt. #16. Mr. James is currently proceeding *pro se* and *in forma pauperis*. *See* Dkt. #6.

In civil cases, the appointment of counsel to a *pro se* litigant "is a privilege and not a right." *United States ex. Rel. Gardner v. Madden,* 352 F.2d 792, 793 (9th Cir. 1965) (citation omitted). "Appointment of counsel should be allowed only in exceptional cases." *Id.* (citing *Weller v. Dickson,* 314 F.2d 598 (9th Cir. 1963)). A court must consider together "both the likelihood of success on the merits and the ability of the petitioner to articulate his claims *pro se* in light of the complexity of the legal issues involved." *Weygandt v. Look,* 718 F.2d 952, 954 (9th Cir. 1983). In "exceptional circumstances," a district court may appoint counsel for

ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL - 1

indigent civil litigants. 28 U.S.C. § 1915(e)(1); *Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997), *overruled on other grounds*, 154 F.3d 952 (9th Cir. 1998).

Mr. James has thoughtfully presented his claims with detailed factual allegations connected to legal arguments. *See* Dkt. #7. The Complaint clearly demonstrates a capacity to proceed in this case pro se. The Court cannot conclude on this thin record whether his claims have a strong likelihood of success on the merits. Mr. James, no longer incarcerated, has presented some evidence of searching for counsel years ago, but has not demonstrated that a continued search is futile. He has otherwise failed to set forth exceptional circumstances. Given all of the above, the Court will deny this Motion at this time.

Having considered the briefing from the parties and the remainder of the record, the Court hereby FINDS and ORDERS that Plaintiff's Motion to Appoint Counsel, Dkt. #15, is DENIED.

DATED this 2nd day of June, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL - 2