1

Honorable Ricardo S. Martinez

2

3

4

5

6                        **UNITED STATES DISTRICT COURT**
                 **WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

7

8    HENRY JAMES,                          Case No. C21-00303-RSM

                          Plaintiff,

9                                          **ORDER OF DISMISSAL**

         v.
10

11   SGT. F. THOMAS, , LT. DAVID
     BURDULIS, DIRECTOR JOHN DICROCE,

12                        Defendants.

13        Pursuant to the Stipulation of the Parties, all of plaintiff's claims against Defendants Sgt.

14   F. Thomas, Lt. David Burdulis and Director John DiCroce, this action shall be dismissed WITH

15   PREJUDICE and without costs to any party.

16        **IT IS SO ORDERED.**

17        DATED this 30th day of July, 2021.

18

19

20        _____
          RICARDO S. MARTINEZ
          CHIEF UNITED STATES DISTRICT JUDGE
21

22

23

24

[PROPOSED] ORDER OF DISMISSAL - 1                        **Mix Sanders Thompson, PLLC**
Case No. 21-cv-303-RSM                                   1420 Fifth Avenue, Suite 2200
                                                         Seattle, WA  98101
                                                         Tel: 206-521-5989
                                                         Fax: 888-521-5980

1    Presented by:

2    MIX SANDERS THOMPSON, PLLC

3
     s/George A. Mix
4    George A. Mix, WSBA No. 32864
     MIX SANDERS THOMPSON, PLLC
5    1420 Fifth Avenue, Ste. 2200
     Seattle, WA  98101
6    Tel:   206-521-5989
     Fax:   888-521-5980
7    Email: george@mixsanders.com
     Attorney for Defendants

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

[PROPOSED] ORDER OF DISMISSAL - 2
Case No. 21-cv-303-RSM

**Mix Sanders Thompson, PLLC**
1420 Fifth Avenue, Suite 2200
Seattle, WA  98101
Tel: 206-521-5989
Fax: 888-521-5980